# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| STAHL, NORMAN H | US COURT OF APPEALS-1ST CIR | 05/01/2004 |

**4. Title** ( rticle III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

SENIOR STATUS

**5. ReportType** (check appropriate type)

○ Nomination, Date

○ Initial   ● Annual   ○ Final

**6. Reporting Period**

01/01/2003
to
12/31/2003

**7. Chambers or Office Address**

US COURT OF APPEALS
1 COURTHOUSE WAY, SUITE 8730
BOSTON, MASSACHUSETTS 02210

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | ORGANIZATION/ENTITY |
|---|---|

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 7 12 46 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAHL, NORMAN H | 05/01/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month–Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Ashland House Associates | ▬▬▬▬▬ | | | | | | | | |
| 2. Indian Trail Groves Ltd. | ▬▬▬▬▬ | | | | | | | | |
| 3. Cmn Stk, ADP, Inc. | ▬▬▬▬▬ | | | | ▬▬▬▬▬ | | | | |
| 4. Cmn Stk, ADP, Inc. | ▬▬▬▬▬ | | | | ▬▬▬▬▬ | | | | |
| 5. Rntl Bldg, Lynchburg, VA | ▬▬▬▬▬ | | | | | | | | |
| 6. Cmn Stk, Exxon Mobil | ▬▬▬▬▬ | | | | | | | | |
| 7. Cmn Stk, Johnson & Johnson | ▬▬▬▬▬ | | | | ▬▬▬▬▬ | | | | |
| 8. | | | | | ▬▬▬▬▬ | | | | |
| 9. | | | | | ▬▬▬▬▬ | | | | |
| 10. | | | | | ▬▬▬▬▬ | | | | |
| 11. | | | | | ▬▬▬▬▬ | | | | |
| 12. | | | | | ▬▬▬▬▬ | | | | |
| 13. | | | | | ▬▬▬▬▬ | | | | |
| 14. Cmn Stk, Johnson & Johnson | ▬▬▬▬▬ | | | | | | | | |
| 15. | | | | | ▬▬▬▬▬ | | | | |
| 16. | | | | | ▬▬▬▬▬ | | | | |
| 17. | | | | | ▬▬▬▬▬ | | | | |
| 18. | | | | | ▬▬▬▬▬ | | | | |

1. Income/Gain Codes.    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAHL, NORMAN H | 05/01/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 20. | | | | | ▓▓▓▓▓▓▓▓▓ | | | | |
| 21. Cmn Stk, Coca-Cola, Inc. | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 22. | | | | | ▓▓▓▓▓▓▓ | | | | |
| 23. | | | | | ▓▓▓▓▓▓▓ | | | | |
| 24. | | | | | ▓▓▓▓▓▓▓ | | | | |
| 25. | | | | | ▓▓▓▓▓▓▓ | | | | |
| 26. | | | | | ▓▓▓▓▓▓▓ | | | | |
| 27. | | | | | ▓▓▓▓▓▓▓ | | | | |
| 28. | | | | | ▓▓▓▓▓▓▓▓ | | | | |
| 29. | | | | | ▓▓▓▓▓▓▓ | | | | |
| 30. | | | | | ▓▓▓▓▓▓▓ | | | | |
| 31. Cmn Stk, Pepsico | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 32. Cmn Stk, Microsoft Corp | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 33. | | | | | ▓▓▓▓▓ | | | | |
| 34. Cmn Stk, Exxon Mobil Corp. | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 35. Cmn Stk, Merck & Co. | ▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |
| 36. Cmn Stk, Pharmacia Corp (Frmly Monsanto) | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,001-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
        P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V =     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAHL, NORMAN H | 05/01/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Shrs, Inst. Daily Inc. Fund - IRA | | | | | | | | | |
| 38. Cmn Stk, ADP Inc. - IRA | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. Cmn Stk, Microsoft Inc. - IRA | | | | | | | | | |
| 43. Shrs, Europacific Growth Fund - IRA | | | | | | | | | |
| 44. Shrs, Washington Mutual Investors Fund - IRA | | | | | | | | | |
| 45. Shrs, Europacific Growth Fund - IRA | | | | | | | | | |
| 46. Shrs, Washington Mutual Investors - IRA | | | | | | | | | |
| 47. Shrs, Inst. Daily Income Fund | | | | | | | | | |
| 48. Cmn Stk, WM Wrigley Jr Co. | | | | | | | | | |
| 49. Cmn Stk, Stryker Corp | | | | | | | | | |
| 50. Cmn Stk, WM Wrigley Jr Co - IRA | | | | | | | | | |
| 51. Maricopa AZ 4.2%, 1/1/03 Bond | | | | | | | | | |
| 52. North TX Muni Wtr Dist 4.9% 9/1/04 Bond | | | | | | | | | |
| 53. Honolulu HI 5%, 11/1/05 Bond | | | | | | | | | |
| 54. Broward Cnty Fl 4.5%, 10/1/06 Bond | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAHL, NORMAN H | 05/01/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Manchester NH Airport 5%, 1/1/09 Bond | ▓▓▓▓ | | | | ▓▓▓▓ | | | | |
| 56. Cmn Stk, Marriott Intl | ▓▓▓▓ | | | | | | | | |
| 57. Cmn Stk, Marriott Intl - IRA | ▓▓▓▓ | | | | | | | | |
| 58. Cmn Stk, Cisco Systems | ▓▓▓▓ | | | | ▓▓▓▓ | | | | |
| 59. Cmn Stk, Dell Computer - IRA | ▓▓▓▓ | | | | | | | | |
| 60. Cmn Stk, State Street Corp - IRA | ▓▓▓▓ | | | | ▓▓▓▓ | | | | |
| 61. Cmn Stk, Starbucks Corp - IRA | ▓▓▓▓ | | | | ▓▓▓▓ | | | | |
| 62. | | | | | ▓▓▓▓ | | | | |
| 63. | | | | | ▓▓▓▓ | | | | |
| 64. | | | | | ▓▓▓▓ | | | | |
| 65. Massachusetts Bond 4.9% 7/1/05 | ▓▓▓▓ | | | | ▓▓▓▓ | | | | |
| 66. Cmn Stk, Dell Computers | ▓▓▓▓ | | | | ▓▓▓▓ | | | | |
| 67. | | | | | ▓▓▓▓ | | | | |
| 68. Cmn Stk, NY Times Co | ▓▓▓▓ | | | | ▓▓▓▓ | | | | |
| 69. | | | | | ▓▓▓▓ | | | | |
| 70. Cmn Stk, Starbucks Corp | ▓▓▓▓ | | | | ▓▓▓▓ | | | | |
| 71. | | | | | ▓▓▓▓ | | | | |
| 72. | | | | | ▓▓▓▓ | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | | | | | ▓▓▓▓▓▓ | | | | |
| 74. | | | | | ▓▓▓▓▓▓ | | | | |
| 75. | | | | | ▓▓▓▓▓▓ | | | | |
| 76. Cmn Stk, NY Times Co - IRA | ▓▓▓▓▓▓ | | | | | | | | ▓▓ |
| 77. Svgs Acct, Martha's Vineyard Cooperative Bank | ▓▓▓▓▓▓ | | | | | | | | |
| 78. Cmn Stk, Anheuser Busch Co Inc | ▓▓▓▓▓▓ | | | | | | | | |
| 79. | | | | | ▓▓▓▓▓▓ | | | | |
| 80. Cmn Stk, First Data Corp | ▓▓▓▓▓▓ | | | | | | | | |
| 81. | | | | | ▓▓▓▓▓▓ | | | | |
| 82. | | | | | ▓▓▓▓▓▓ | | | | |
| 83. | | | | | ▓▓▓▓▓▓ | | | | |
| 84. | | | | | ▓▓▓▓▓▓ | | | | |
| 85. Cmn, Stk General Electric Co | ▓▓▓▓▓▓ | | | | | | | | |
| 86. Cmn Stk, Johnson & Johnson | ▓▓▓▓▓▓ | | | | | | | | |
| 87. Cmn Stk, State Street Corp | ▓▓▓▓▓▓ | | | | ▓▓▓▓▓▓ | | | | |
| 88. Cmn Stk, Sysco Corp | ▓▓▓▓▓▓ | | | | | | | | |
| 89. Cmn Stk, Wal-Mart Stores Inc | ▓▓▓▓▓▓ | | | | | | | | |
| 90. Shrs, Dreyfus MA Int. Muni Bond Fund | ▓▓▓▓▓▓ | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAHL, NORMAN H | 05/01/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Shrs, Waterhouse Municipal Portfolio (formerly CMF) | | | | | | | | | |
| 92. Cmn Stk, Costco Wholesale Corp | | | | | | | | | |
| 93. Cmn Stk, JP Morgan Chase & Co | | | | | | | | | |
| 94. Shrs, Waterhouse Municipal Portfolio (formerly CMF) | | | | | | | | | |
| 95. Massachusetts St Bond 6% 11/1/10 | | | | | | | | | |
| 96. Massachusetts Bay Trans Auth Bond 5.5% 3/1/11 | | | | | | | | | |
| 97. Dighton & Rehoboth MA Bond 4.75% 5/1/13 | | | | | | | | | |
| 98. Framingham MA Bond 4.4% 8/15/14 | | | | | | | | | |
| 99. Wenham MA Bond 4.9% 6/1/17 | | | | | | | | | |
| 100. Shrs, Dreyfus MA Int. Muni Bond Fund | | | | | | | | | |
| 101. Cmn Stk, Anheuser Busch - IRA | | | | | | | | | |
| 102. Cmn Stk, Coca Cola - IRA | | | | | | | | | |
| 103. Cmn Stk, First Data Corp - IRA | | | | | | | | | |
| 104. Cmn Stk, Johnson & Johnson - IRA | | | | | | | | | |
| 105. Cmn Stk, Sysco Corp - IRA | | | | | | | | | |
| 106. Cmn Stk, Kellog Co | | | | | | | | | |
| 107. Cmn Stk, Target Corp | | | | | | | | | |
| 108. Cmn Stk, Viacom Inc | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAHL, NORMAN H | 05/01/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. Cmn Stk, Wal-mart Stores Inc | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. Cmn Stk, Kellogg Co - IRA | | | | | | | | | |
| 118. Cmn Stk, Target Corp - IRA | | | | | | | | | |
| 119. Cmn Stk, Wal-mart Stores - IRA | | | | | | | | | |
| 120. | | | | | | | | | |
| 121. Cmn Stk, Costco Wholesale Corp - IRA | | | | | | | | | |
| 122. US Treasury Bill, 2/16/03 - IRA | | | | | | | | | |
| 123. US Treasury Bill, 3/20/03 - IRA | | | | | | | | | |
| 124. Massachusetts Bay Trans Auth Bond, 5.25%, 3/1/07 | | | | | | | | | |
| 125. Cmn Stk, Anheuser Busch Co | | | | | | | | | |
| 126. | | | | | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000 F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000 N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000 P3 = $25,000,001-$50,000,000 P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2) Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market U = Book Value V = Other W = Estimated

| | | (1) | (2) | (1) | (2) | (1) | | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Value | | | | | | |
| | | �as | | | | ▬ | | | | |
| | | ▬ | | | | | | | | |
| 129. | | | | | | ▬ | | | | |
| 130. | | | | | | ▬ | | | | |
| 131. | | | | | | ▬ | | | | |
| 132. | | | | | | ▬ | | | | |
| 133. | Cmn Stk, Costco Wholesale Corp | ▬ | | | | ▬ | | | | |
| 134. | Cmn Stk, Dell Computers | ▬ | | | | | | | | |
| 135. | | | | | | ▬ | | | | |
| 136. | Cmn Stk, First Data Corp | ▬ | | | | | | | | |
| 137. | | | | | | ▬ | | | | |
| 138. | | | | | | ▬ | | | | |
| 139. | | | | | | ▬ | | | | |
| 140. | Cmn Stk, Kellogg Co | ▬ | | | | | | | | |
| 141. | Cmn Stk, Microsoft Corp | ▬ | | | | | | | | |
| 142. | | | | | | ▬ | | | | |
| 143. | | | | | | ▬ | | | | |
| 144. | | | | | | ▬ | | | | |



1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,000-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAHL, NORMAN H | 05/01/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Cmn Stk, Sysco Corp | | | | | | | | | |
| 146. Cmn Stk, Viacom | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. Cmn Stk, Monsanto Co | | | | | | | | | |
| 153. Cmn Stk, WM Wrigley Co | | | | | | | | | |
| 154. Cmn Stk, Costco Wholesale Corp | | | | | | | | | |
| 155. MM Acct, Citizens Bank | | | | | | | | | |
| 156. CD, Martha's Vineyard Cooperative Bank | | | | | | | | | |
| 157. Inv. Cash, WP Stewart Securities, Ltd | | | | | | | | | |
| 158. Cmn Stk, Amgen Corp | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAHL, NORMAN H | 05/01/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. Cmn Stk, Forest Labs | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. Cmn Stk, Qualcomm | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAHL, NORMAN H | 05/01/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Cmn Stk, Amgen Corp - IRA | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. Cmn Stk, Forest Labs - IRA | | | | | | | | | |
| 187. | | | | | | | | | |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. Cmn Stk, Qualcomm - IRA | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. Cmn Stk, Viacom - IRA | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. US Treasury Bill, 6/30/03 - IRA | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STAHL, NORMAN H | 05/01/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. | | | | | | | | | |
| 200. US Treasury Bill, 6/26/03 - IRA | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. Taunton MA 4.2% 3/1/04 Bond | | | | | | | | | |
| 203. Harwich MA 4.2% 6/15/05 Bond | | | | | | | | | |
| 204. Lowell MA 5.4% 8/1/07 Bond | | | | | | | | | |
| 205. Cmn Stk, Amgen Corp | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. Cmn Stk, Forest Labs | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

— income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | B. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (2) | | (2) | (3) | (4) | (5) |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 233. | | | | | | | | |
| 234. Cmn Stk. Walmart | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| STAHL, NORMAN H | 05/01/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. Cmn Stk, Pfizer | | | | | | | | | |
| 236. Cmn Stk, Northern Trust Corp | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |
| 239. | | | | | | | | | |
| 240. Cmn Stk, Northern Trust Corp - IRA | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. Cmn Stk, Northern Trust Corp | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Line 91 and 94 are investments in the Waterhouse Municipal Portfolio. These were reported last year as the CMF Municipal Portfolio. This is only a change in the investment name.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | STAHL, NORMAN H | 05/01/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date___5/6/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544